| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   RECEIVED IN MAIL CENTER   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>     APR 2 1 2010 |
| 1. Article Addressed to:<br><br>LAURA TURBIN<br>Assistant Attorney General<br>Postconviction Litigation Division<br>P.O. Box 12548<br>Capitol Station<br>Austin, TX 78711<br>3:10-CV-135-FM<br>DOC# 7   MT   MAILED 4/19/10 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   OFFICE OF<br>   THE ATTORNEY GENERAL<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7008 1140 0002 7413 6486 |
| PS Form 3811, February 2004 | Domestic Return Receipt        102595-02-M |

