IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUSTEN HALL**, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-cv-00135 |
| **RICK THALER**, Director, Correctional Institutions Division, Texas Department of Criminal Justice, | § § § § § § | ***CAPITAL CASE*** |
| Respondent. | § § | |

## PETITIONER'S MOTION TO SUBSTITUTE COUNSEL

Undersigned counsel respectfully ask that Kathryn M. Kase permitted to withdraw and that this Court allow David R. Dow to substitute in order to assist Goutam Patnaik and William S.D. Cravens in the representation of Mr. Hall in federal proceedings. Mr. Dow is admitted to practice before this Court, the Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States.

Respectfully submitted,

*[signature: Kathryn M. Kase]*

**Kathryn M. Kase**
Member of the Bar of this Court
Texas Bar No. 11104050
kmkase@texasdefender.org
TEXAS DEFENDER SERVICE
1927 Blodgett Street
Houston, Texas 77004
Tel. (713) 222-7788
Fax (713) 222-0260

**David R. Dow**
Member of the Bar of this Court
Texas Bar No. 06064900
ddow@central.uh.edu
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171

**William S.D. Cravens,** admitted *pro hac vice*
Bingham McCutchen, LLP
2020 K Street NW
Washington, DC 20002
Phone: 202.373.6000
Fax: 202.373.6001

**Goutam Patnaik**, admitted *pro hac vice*
Pepper Hamilton LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2005
Phone: 202.220.1200
Fax: 202.220.1665

*Counsel for Petitioner Justen Grant Hall*

## CERTIFICATE OF SERVICE

      I certify that on Friday, September 23, 2011, a copy of the foregoing pleading was electronically served on counsel for Respondent by filing the document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.

Thomas M. Jones
Edward L. Marshall
Office of the Texas Attorney General
Post Office Box 12548
Austin, Texas 78711

                                                Kathryn M. Kase

## CERTIFICATE OF CONFERENCE

      I certify that I conferred via email with Thomas Jones, counsel for Respondent, in a good faith attempt to resolve the matter without court intervention and counsel for Respondent advised via return email that Respondent takes no position on the motion.

                                                Kathryn M. Kase

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JUSTEN HALL**, § § Petitioner, § § v. § § **RICK THALER**, Director, § Correctional Institutions Division, § Texas Department of Criminal § Justice, § § Respondent. § § | CIVIL ACTION NO. 3:10-cv-00135 ***CAPITAL CASE*** |

**ORDER ON PETITIONER'S MOTION TO SUBSTITUTE COUNSEL**

Having considered Petitioner's Motion to Substitute Counsel, it is ORDERED that David R. Dow be substituted for Kathryn M. Kase as co-counsel to Mr. Hall.

Signed this _____ day of _____, 2011.

_____
FRANK MONTALVO
United States District Judge

4