**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 4 20/12 | MC |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Req) | | |
| Total Postage & | | |

Sent To: David R. Dow
Street, Apt. No.; or PO Box No.: University of Houston Law Center, 100 Law Cente Ste. 114-BLB
City, State, ZIP+: Houston, TX 77204-6060
310CV135 PRM Doc #62 mt

7011 2970 0003 7531 8235

PS Form 3800, August 2006            See Reverse for Instructions