IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUSTEN GRANT HALL,<br>　　　　Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br>　　　　Respondent. | §<br>§<br>§<br>§ No. 3:10-cv-0135-FM<br>§ (Death Penalty Case)<br>§<br>§<br>§<br>§<br>§ |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Justen Grant Hall. Assistant Attorney General Rachel L. Patton files this notice of appearance of counsel on behalf of Respondent, Lorie Davis. The undersigned respectfully requests the District Clerk to note her appearance on the docket and to forward all future pleadings, orders, and other correspondence to the undersigned counsel at P.O. Box 12548, Austin, Texas, 78711-2548 and the e-mail address listed below.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KEN PAXTON
　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　JEFFREY C. MATEER
　　　　　　　　　　　　　　　　First Assistant Attorney General

                                    LISA TANNER
                                    Acting Deputy Attorney General
                                    for Criminal Justice

                                    EDWARD L. MARSHALL
                                    Chief, Criminal Appeals Division

*Attorney-In-Charge               /s/ Rachel L. Patton
                                    RACHEL L. PATTON*
                                    Assistant Attorney General
                                    State Bar No. 24039030

                                    P.O. Box 12548, Capitol Station
                                    Austin, Texas   78711
                                    Tel:  (512) 936-1400
                                    Fax:  (512) 936-1280
                                    email: rachel.patton@oag.texas.gov

                                    ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on September 11, 2019, I electronically filed the above and foregoing pleading with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a Notice of Electronic Filing to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Goutam Patnaik
Pepper Hamilton LLP
600 Fourteenth St., N.W.
Washington DC 20005-2005
email: patnaikg@pepperlaw.com

William S.D. Cravens
Bingham McCutchen, LLP
2020 K St., NW
Washington DC 20002
email: william.cravens@bingham.com

                                          /s/ Rachel L. Patton
                                          RACHEL L. PATTON
                                          Assistant Attorney General